**Order entered April 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00131-CR

### TYLON LADARRYL GREER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32082**

### ORDER

We **REINSTATE** this appeal.

We abated for the appointment of counsel. On April 19, 2022, a supplemental clerk's record was filed with the trial court's appointment of Jason Duff. We **DIRECT** the Clerk to list Mr. Duff as counsel of record for appellant. All future correspondence shall be sent to Mr. Duff at the address on file with the Court.

The clerk's and reporter's records have been filed. We **ORDER** appellant's brief due by June 17, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; to Jason Duff; and to the Hunt County District Attorney's Office, Appellate Division.


/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE